BEFORE THE SECOND DIVISION, JUNE 1, 1965

No. 69331.—Sterwood Corp. *v.* United States, protests 64/18398 and 64/18670 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of electrical dishwashers similar in all material respects to those the subject of Abstract 67196, the claim of the plaintiff was sustained.